CONNECTICUT EDUCATION ASSOCIATION ET AL. *v.*
STATE BOARD OF LABOR RELATIONS ET AL.

The petition of the plaintiff Connecticut State Federation of Teachers for certification for appeal from the Appellate Court, 5 Conn. App. 253, is denied.

*James C. Ferguson,* in support of the petition.

*J. Larry Foy,* assistant attorney general, in opposition.

Decided October 24, 1985

CHESTER ORSINI *v.* JOHN R. MANSON,
COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal from the Appellate Court, 5 Conn. App. 277, is dismissed.

*Mark Rademacher,* in support of the petition.

*Carl Schuman,* assistant state's attorney, in opposition.

Decided October 24, 1985

SEVEN FIFTY MAIN STREET ASSOCIATES LIMITED
PARTNERSHIP *v.* HOWARD SPECTOR

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 170, is dismissed.

*Richard S. Cramer,* in support of the petition.

*David M. Roth,* in opposition.

Decided October 24, 1985